J. P. Duffy Company et al., Appellants, *v.* Board of Education of Central High School District No. 3, Town of Hempstead, et al., Respondents.

Argued April 18, 1939; decided May 16, 1939.

774

*M. Carl Levine, David Morgulas* and *Albert Foreman* for 'J. P. Duffy Company et al., plaintiffs, appellants.

*Charles A. Van Patten, Joseph L. Maged, Lowell M. Birrell, M. Harvey Smedley, Roberts B. Thomas, Louis H. Shereff* and *Frank P. Luongo* for Cross, Austin & Ireland Lumber Co., et al., plaintiffs, appellants.

*George Trosk* and *Phillip W. Haberman, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.